IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD MILES,

    Plaintiff,                               No. 2:12-cv-2111 EFB P

    vs.

JACKSON,

    Defendant.                            <u>ORDER</u>

_____/

        Plaintiff is a county inmate proceeding without counsel and in forma pauperis in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

        Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in plaintiff's account for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

////

////

1   The agency having custody of plaintiff is required to forward to the Clerk of the Court
2   the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time
3   the amount in the account exceeds $10, until the filing fee is paid. *Id.*

4   The Clerk of the Court shall (1) serve a copy of this order and a copy of plaintiff's in
5   forma pauperis application upon the Sheriff of Solano County, Attention: Inmate Trust Account,
6   500 Union Avenue, Fairfield, California, 94533, and (2) deliver a copy of this order to the
7   Clerk's financial division.

8   So ordered.

9   Dated: August 28, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2